**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHAMIRE JACKSON, | ) |
| Plaintiff, | ) Case No: 15 CV 11096 |
| v. | ) JUDGE ALONSO |
| CITY OF CHICAGO, ET AL., | ) Magistrate Judge Kim |
| Defendants. | ) |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

*[signature]*

Zane D. Smith
Attorney for Plaintiff, Shamire Jackson
Zane D. Smith & Associates
415 North LaSalle Street, Suite 501
Chicago, Illinois 60654
(312) 245-0031
Attorney No. 6184814
DATE: 04/20/17

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago
BY: *[signature]*
Liza M. Franklin
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
DATE: 4/20/17

*[signature]*

Carla M. Kupe-Arion,
Assistant Corporation Counsel
Attorney for Defendants,
Gerard K. Daly, Robert F. Bickham,
Kevin M. McKendry, Jon R. Mikuzis,
William T. Wagner, Mahmoud A. Haleem,
and Mark K. Gordon
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-5106
Attorney No. 6297003
DATE: 04/20/17